IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

        Respondent,

v.                                 CRIMINAL ACTION NO. 3:04-00222-01
                                  (CIVIL ACTION No. 3:05-1178)

CHARLES ALEXANDER HUGHES, JR.,

        Movant.

## ORDER

This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the § 2255 motion filed by Charles Alexander Hughes, Jr., be dismissed without prejudice. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** the § 2255 motion without prejudice, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

                                          ENTER:    June 1, 2006

                                          ROBERT C. CHAMBERS
                                          UNITED STATES DISTRICT JUDGE